UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT L. COMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 3:16-cv-00032-JPG-RJD |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL A. RUSSELL and | ) | JURY TRIAL DEMANDED |
| C&J BARK HAULERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND STIPULATION

Now comes the plaintiff, Robert L. Compton, by Niemeyer, Grebel & Kruse, LLC, his attorneys, and the defendants, Michael Russell and C & J Bark Haulers, Inc., by Black, Ballard, McDonald, P.C., their attorneys, and said parties stipulate and agree that plaintiff's within causes of action against defendants have been fully and completely compromised and settled, that all costs have been paid and that the parties desire that plaintiff's Complaint herein be dismissed with prejudice.

WHEREFORE, the parties pray that the court will enter an Order herein dismissing the Complaint of Robert L. Compton, plaintiff, against Michael Russell and C & J Bark Haulers, Inc., defendants, with prejudice.

Robert L. Compton, Plaintiff

NIEMEYER, GREBEL & KRUSE, LLC

BY _____

His Attorneys

Michael A. Russell and C & J Bark Haulers, Inc.,
Defendants

BLACK, BALLARD, MCDONALD, P.C.

BY _____

Their Attorneys

-2-