IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT L. COMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   16-cv-32 JPG/RJD |
| ) | |
| MICHAEL A. RUSSELL and ) | |
| C&J BARK HAULERS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on the parties' stipulation of dismissal (doc. 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: September 22, 2016

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE